WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Ogden, | No. CV08-2180-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| CDI Corporation, | |
| Defendant. | |

Plaintiff Martin Ogden has filed a motion for relief from final judgment. Doc. 161. Judgment in this case was entered one year ago, on March 9, 2011. Since then, the Court has denied Plaintiff's motion for reconsideration (Docs. 132, 133), motion for new trial and motion for relief from judgment (Docs. 139, 140, 142), and Plaintiff's motion for relief from order (Doc. 143, 144). Plaintiff has now filed a notice of appeal (Doc. 147). Because Plaintiff has appealed this case to the Ninth Circuit, the Court does not have jurisdiction to consider his motion under Rule 60(b). The motion is therefore **denied**. *See* Fed. R. Civ. P. 62.1(a)(2).

Dated this 8th day of March, 2012.

David G. Campbell
United States District Judge