WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Martin Ogden,

        Plaintiff,

vs.

CDI Corporation,

        Defendant.

No. CV08-2180-PHX-DGC

**ORDER**

    Martin Ogden has again filed a motion for leave to exceed page limits in a new filing. Doc. 168. The motion will be denied because this case has now been concluded. The Court of Appeals has rejected Mr. Ogden's appeal and has affirmed this Court's judgment against him, including this Court's denial of his request for a new trial. Doc. 167. Because final judgment has been entered against Mr. Ogden and has been affirmed on appeal, the issues in this case have been fully and finally resolved and no further filings will be permitted.

    **IT IS ORDERED** that Mr. Ogden's motion to exceed page limits (Doc. 168) is denied. The Clerk is directed to accept no further filings in this case.

    Dated this 21st day of December, 2012.

_____
David G. Campbell
United States District Judge