**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Ogden,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CDI Corporation,<br><br>　　　　　　Defendant. | No. CV08-02180-PHX-DGC<br><br>**ORDER** |

Plaintiff has a filed a motion to reconsider the Court's recent award of attorneys' fees to Defendant. Doc. 175. The Court's award was based on Defendant having been granted summary judgment on Plaintiff's second claim for relief. Doc. 174. As a basis for reconsidering the fee award, Plaintiff argues that the Court's summary judgment ruling, entered on June 30, 2010 (Doc. 84), was incorrect. Doc. 175.

This is not the time for Plaintiff to attack an award of summary judgment granted more than two years ago. This case has been resolved through summary judgment and trial, and has been affirmed on appeal. Plaintiff has filed numerous motions seeking relief from the outcome of this case, none of which has been successful. Docs. 132, 133, 139, 140, 142, 143, 144, and 161. The case has been concluded and attorneys' fees have been awarded appropriately.

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 175) is **denied**. Plaintiff shall file no further motions in this case.

1     Dated this 8th day of April, 2013.

*David G. Campbell*
United States District Judge

- 2 -